Jason B. Lattimore
**The Law Office Of**
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
Jason@LattimoreLaw.com

*Attorneys for Plaintiff,*
*Interlink Products International, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOMEWERKS WORLDWIDE, LLC, <br><br> Defendant. | Case No: 2:19-cv-18544 <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Interlink Products International, Inc., by and through its undersigned counsel, certifies that it is a private company and that no publicly held corporation owns 10% or more of its stock.

Dated: September 30, 2019  

    Respectfully submitted,

    The Law Office Of
    JASON B. LATTIMORE, ESQ. LCC

    By  s/ Jason B. Lattimore
        Jason B. Lattimore
        55 Madison Avenue, Suite 400
        Morristown, NJ 07960
        Telephone: (973) 998-7477
        Facsimile: (973) 264-1159
        *Attorneys for Plaintiff*